UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

RALPH LEEROY STITES, JR.,

    Plaintiff,

v.                                                               CASE NO. 3:16cv416-MCR-CJK

SANTA ROSA COUNTY JAIL, et al.,

    Defendants.

_____/

# **O R D E R**

    This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated October 24, 2016. ECF No. 7. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of any timely filed objections.

    Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. This case is **DISMISSED WITHOUT PREJUDICE** due to plaintiff's failure to prosecute and/or comply with an order of the court.

3. The clerk is directed to close the file.

**DONE AND ORDERED** this 22nd day of November, 2016.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**